FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 JAN -6 PM 12: 51

UNITED STATES OF AMERICA
and the STATE OF FLORIDA ex rel.
AYMAN DAOUK, M.D.,

    Plaintiffs,
v.

Case No. 6:19-cv-825-0rL-40DCI

FILED UNDER SEAL

ORLANDO HEALTH;
PHYSICIAN ASSOCIATES, LLC.;
ORLANDO PHYSICIANS GROUP, INC.;
and ORLANDO HEALTH IMAGING
CENTERS,

    Defendants.
_____/

## STATE OF FLORIDA'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1. The State of Florida hereby notifies the Court of its decision not to intervene in this action. Relator filed this action under the Federal False Claims Act, 31 U.S.C. §3729 *et seq.* and the Florida False Claims Act, Fla. Stat. §68.081 *et seq.*

2. Pursuant to Fla. Stat. §68.084, a relator is permitted to maintain an action on behalf of the state after it has declined to intervene.

3. In the event that relator files a Motion for Voluntary Dismissal Without Prejudice, the state of Florida consents to such a voluntary dismissal requested by the relator.

4. The state of Florida reserves the right to request copies of orders, including opinions issued by the Court. The state of Florida additionally reserves the right to order any deposition

transcripts, to move to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claims.

5.  The state of Florida requests that this Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice be unsealed to the public, along with the Court's Order on this Declination, upon unsealing of the complaint by Court Order.

A proposed Order accompanies this Notice.

Dated: January 6, 2020

                                  Respectfully Submitted,

                                  ASHLEY MOODY

                                  Attorney General of the State of Florida

By:  /s/ Rebecca H. Sirkle

REBECCA H. SIRKLE
Assistant Attorney General
Florida Bar No: 0042312
Office of the Attorney General
Medicaid Fraud Control Unit
135 w. Central Blvd., Suite 1000
Orlando, Florida, 32801
Telephone: 407-241-5353
Facsimile: 407-245-0368
Rebecca.Sirkle@myfloridalegal.com

ATTORNEY FOR THE STATE OF FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January 2020, a true and correct copy of the foregoing has been served via electronic transmission to the following representative of the United States and counsel of record.

_____
Rebecca H. Sirkle
Assistant Attorney General

Katherine M. Ho
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, FL 32801

Jill S. Schwartz
Jill S. Schwartz & Associates, P.A.
655 West Morse Blvd., Suite 212
Winter Park, FL 32789-3745

Julie Bracker, Esquire
Bracker & Marcus LLC
3225 Shallowford Road, Suite 1120
Marietta, Georgia 30062