UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA
*ex rel.* AYMAN DAOUK, M.D.,

    Plaintiffs-Relator,

v.                                                         Case No. 6:19-cv-825-Orl-40DCI

ORLANDO HEALTH;
PHYSICIAN ASSOCIATES, LLC;
ORLANDO HEALTH PHYSICIAN
GROUP, INC.; and ORLANDO
HEALTH IMAGING CENTERS,

    Defendants.
_____/

## UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE

The Court has ordered Plaintiffs to show cause why the Complaint should not be dismissed for failure to effect service of the Complaint as required by Fed. R. Civ. P. 4(m).  Doc. No. 27.

The United States previously filed a Notice of Declination, Doc. No. 7, and the Court then issued an Order directing Relator Ayman Daouk to serve the Complaint on Defendants, Doc. No. 8.  In light of the government's decision not to intervene in this case, the United States believes that the Court's April 13, 2020 Order to Show Cause is directed at Relator, but files

this response in an abundance of caution. Responsibility for service of the Complaint lies with Relator given the government's declination.

If this case is dismissed, the United States respectfully requests that the dismissal be without prejudice to the United States.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  /s/ Katherine M. Ho
     KATHERINE M. HO
     Assistant U.S. Attorney
     USA No. 070
     U.S. Attorney's Office
     400 West Washington St., Suite 3100
     Orlando, FL 32801
     Tele. (407) 648-7500
     Fax (407) 648-7588
     Katherine.Ho@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all CM/ECF participants.

     /s/ Katherine M. Ho
     Katherine M. Ho
     Assistant United States Attorney