**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel*. AYMAN DAOUK, M.D.,

      Case No. 6:19-CV-825-ORL-40DCI

    Plaintiff-Relator,

v.

ORLANDO HEALTH;
PHYSICIAN ASSOCIATES, LLC;
ORLANDO HEALTH PHYSICIAN
GROUP, INC.; and ORLANDO
HEALTH IMAGING CENTERS,

    Defendants.
_____/

## PLAINTIFF-RELATOR'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff-Relator, by and through counsel, hereby responds to the Court's order to show cause and states as follows:

1. Plaintiff-Relator filed his False Claims Act complaint on May 1, 2019.

2. On January 6, 2020, this Court rendered an Order unsealing the Complaint after the United States and the State of Florida declined to intervene in the matter.

3. Shortly thereafter, counsel for Plaintiff-Relator reached out to in-house counsel for Defendants.

4. Due to the COVID-19 pandemic, the parties mutually agreed to toll the service deadline through July 31, 2020, to give the parties sufficient time to schedule a mediation and try to reach an amicable resolution prior to service.

5. In-house counsel for Defendants understandably could not turn his attention to this matter given the pandemic and ultimately hired outside counsel.

6.	The parties executed a Tolling Agreement on March 27, 2020, within the ninety (90) day period in which to serve the Complaint, due to these extraordinary circumstances.

7.	Upon receipt of the Order to Show Cause, the undersigned conferred with outside counsel for Defendants, who agreed to waive service of process in this action.

8.	The undersigned will promptly file the appropriate notices of waiver, attached hereto as Exhibit "A."

Therefore, based upon the foregoing, Plaintiff-Relator respectfully requests that this court find good cause to discharge the Order to Show Cause.

DATED this 15th day of April 2020.

/s/ Jill S. Schwartz
Jill S. Schwartz, Esquire
Florida Bar No. 523021
John M. Hunt, Esquire
Florida Bar No. 91168
**Jill S. Schwartz & Associates**
655 West Morse Boulevard, Suite 212
Winter Park, Florida 32789-3745
(407) 647-8911
jschwartz@schwartzlawfirm.net
jhunt@schwartzlawfirm.net

Attorneys for Plaintiff-Relator Daouk

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 15, 2020**, I electronically filed the foregoing Plaintiff's Response to Order to Show Cause with the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Jill S. Schwartz, Esquire
Jill S. Schwartz, Esquire