UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* AYMAN DAOUK, M.D.,

       Plaintiff,

v.              Case No.  6:19-CV-825-ORL-40DCI

ORLANDO HEALTH;
PHYSICIAN ASSOCITES, LLC;
ORLANDO HEALTH PHYSICIAN
GROUP, INC.; and ORLANDO
HEALTH IMAGING CENTERS,

       Defendants.

_____

## <u>DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS</u>

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ **IS**  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

     _____

     _____

     _____

     _____

 **X / IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date: May 26, 2020

Respectfully submitted,

By: /s/Aaron L. Zandy
    Aaron L. Zandy, Esquire
    Florida Bar No. 0125271
    Email:  azandy@fordharrison.com
    Marilyn G. Moran
    Florida Bar No. 0163813
    Email:  mmoran@fordharrison.com
    Bret C. Yaw
    Florida Bar No. 0100445
    Email:  byaw@fordharrison.com
    Ford & Harrison LLP
    300 S. Orange Avenue, Suite 1300
    Orlando, Florida 32801
    (407) 418-2300 Telephone
    (407) 418-2327 Facsimile

    Oliver Benton Curtis, III, Esquire
    Florida Bar No. 0118156
    Email:  bcurtis@mwe.com
    McDermott Will & Emery, LLP
    333 S.E. 2nd Avenue, Suite 4500
    Miami, FL  33131-2184
    (305) 329-4442
    (305) 402-6285 Facsimile

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/Aaron L. Zandy
    Aaron L. Zandy

WSACTIVELLP:11525498.1

- 2 -