**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel*. AYMAN DAOUK, M.D.,

      Plaintiff-Relator,

v.

ORLANDO HEALTH;
PHYSICIAN ASSOCIATES, LLC;
ORLANDO HEALTH PHYSICIAN
GROUP, INC.; and ORLANDO
HEALTH IMAGING CENTERS,

      Defendants.
_____/

Case No. 6:19-CV-825-ORL-40DCI

## PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator, by and through his counsel, hereby gives notice that all claims in the above-captioned action are voluntarily dismissed as to all named defendants, without prejudice as to Relator AYMAN DAOUK, M.D., without prejudice as to the United States; and without prejudice as to the State of Florida.

Relator has informed the United States and the State of Florida concerning this dismissal and has been informed that the State does not object to the dismissal. United States does not object to the dismissal, provided that the dismissal is without prejudice to the United States. Relator further understands that the United States will file a separate notice regarding the dismissal. All parties will bear their own costs. The Clerk of Court may close this action.

DATED this 27th day of May, 2020.

Respectfully submitted,

s/Jill S. Schwartz
Jill S. Schwartz, Esquire
Florida Bar No. 523021
David H. Spalter, Esquire
Florida Bar No. 0966347
John M. Hunt, Esquire
Florida Bar No. 91168
**Jill S. Schwartz & Associates, P.A.**
655 West Morse Boulevard, Suite 212
Winter Park, Florida 32789-3745
Telephone:  (407) 647-8911
Facsimile:  (407) 628-4994
jschwartz@schwartzlawfirm.net
dspalter@schwartzlawfirm.net
jhunt@schwartzlawfirm.net

Attorneys for Plaintiffs-Relators

### CERTIFICATE OF SERVICE

I hereby certify that on May27, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Jill S. Schwartz
Jill S. Schwartz, Esquire