UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA
*ex rel.* AYMAN DAOUK, M.D.,

    Plaintiff-Relator,

v.   Case No. 6:19-cv-825-Orl-40DCI

ORLANDO HEALTH;
PHYSICIAN ASSOCIATES, LLC;
ORLANDO HEALTH PHYSICIAN
GROUP, INC.; and ORLANDO
HEALTH IMAGING CENTERS,

    Defendants.
_____/

**UNITED STATES' NOTICE OF CONSENT
TO DISMISSAL WITHOUT PREJUDICE**

*Qui tam* plaintiff has filed a notice of voluntary dismissal of all of his claims against all defendants, which include alleged violations of the False Claims Act, 31 U.S.C. §§ 3729-33.  Under 31 U.S.C. § 3730(b)(1), dismissal of an action brought on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act requires the written consent of the Attorney General.  The United States hereby notifies the Court that it consents to the dismissal of all claims against all defendants under the False Claims Act, 31

U.S.C. §§ 3729-33, provided that the dismissal is without prejudice as to the United States.

                                      Respectfully Submitted,

                                      MARIA CHAPA LOPEZ
                                      United States Attorney

By:    */s/ Katherine M. Ho*
         KATHERINE M. HO
         Assistant U.S. Attorney
         USA No. 070
         U.S. Attorney's Office
         400 West Washington St., Suite 3100
         Orlando, FL 32801
         Tele. (407) 648-7500
         Fax (407) 648-7588
         Katherine.Ho@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2020, true and correct copies of the foregoing notice were sent by United States mail to the following:

Jill S. Schwartz
Jill S. Schwartz & Associates, P.A.
655 West Morse Blvd., Suite 212
Winter Park, FL 32789-3745

Julie Bracker
Bracker & Marcus, LLC
3225 Shallowford Road, Suite 1120
Marietta, GA 30062

/s/ *Katherine M. Ho*
Katherine M. Ho
Assistant United States Attorney